Opinion issued April 19, 2007










 




In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-06-00781-CR

____________


AMIR JIM BENDAVID, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 228th District Court 

Harris County, Texas

Trial Court Cause No. 1059006






MEMORANDUM OPINION

 On March 30, 2007, appellant, Amir Jim Bendavid, filed a motion to dismiss
this appeal. The motion complies with the Texas Rules of Appellate Procedure. See
Tex. R. App. P. 42.2(a).

 We have not yet issued a decision. Accordingly, we grant the motion and
dismiss the appeal. 

 We direct the Clerk of this Court to issue the mandate. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Chief Justice Radack, and Justices Jennings and Bland. 

Do not publish. Tex. R. App. P. 47.2(b).